```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
YINXIAO CHEN,                                                          :
                                                                       :
                                    Petitioner,                        :
                                                                       :           25 Civ. 9670 (JPC)
                -v-                                                    :
                                                                       :           ORDER
JUDITH ALMODOVAR, et al.,                                              :
                                                                       :
                                    Respondents.                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By January 9, 2026, Respondents shall clarify where in the record it is established that an "examining immigration officer determine[d] that" Petitioner "is not clearly and beyond a doubt entitled to be admitted." 8 U.S.C. § 1225(b)(2)(A).  If such a determination was made but is not reflected in the current record, Respondents shall supplement the record by the same date.

Also by January 9, 2026, the parties shall submit their views—in simultaneous letter briefs of no more than five pages—on whether 8 U.S.C. § 1225(b)(2)(A) applies if no examining immigration officer has made a determination that the "alien seeking admission is not clearly and beyond a doubt entitled to be admitted."  In answering that question, the parties should discuss the impact, if any, of the warrant requirement in 8 U.S.C. § 1226(a), and whether an applicant for admission would be subject to Section 1226(a) if no such determination is made.

SO ORDERED.

Dated: January 2, 2026
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge