**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YINXIAO CHEN,

                            Petitioner,              25 **CIVIL** 9670 (JPC)

      -against-                        **JUDGMENT**

JUDITH ALMODOVAR, et al.,

                            Respondent.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2026, Chen's petition for a writ of habeas corpus is denied; accordingly, the case is closed.

**DATED:** New York, New York
          January 15, 2026

                                     **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                    **BY:**                                   **Deputy Clerk**